UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRINITY T. HARDY, a Minor, by and through her Parent and Next Friend, ANITA J. HARDY, and ANITA J. HARDY, Individually,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES OF AMERICA, MOUNT SINAI HOSPITAL MEDICAL CENTER OF CHICAGO,<br><br>*Defendants.* | No.: 14 CV 04205<br><br>Hon. Matthew F. Kennelly |

## ORDER OF SETTLEMENT AND DISTRIBUTION FOR MINOR'S CASE

UPON MOTION OF THE PARTIES HERETO, through their attorneys for the entry of an Order approving a settlement in the amount of ONE HUNDRED AND FIFTY THOUSAND DOLLARS (**$150,000.00**), the Court having considered the Petition for Settlement and Distribution, the Court finds as follows:

1. That the settlement amount of ONE HUNDRED AND FIFTY THOUSAND DOLLARS (**$150,000.00**) is fair and reasonable.

2. That the attorneys for the Plaintiff, JOHN C. WUNSCH, P.C., are entitled to fees in the amount of THIRTY EIGHT THOUSAND DOLLARS: (**$38,000.00**) which fees are fair and reasonable.

3. That the attorneys for the Plaintiff, JOHN C. WUNSCH, P.C., is entitled to reimbursement for expenses attributable to this lawsuit in the amount of **$ 6,575.00**, itemized as follows:

Filing Fees

Clerk of the Court.......................$ 567.00 (19601 / 8.3.12)
Sheriff of Cook County..............$ 120.00 (19602 / 8.3.12)
Alias Summons/ Clerk............... $ 6.00 (19726 / 11.28.12)

Sheriff of Cook County............$ 180.00 ( 20337 / 6.20.12)

Clerk of the Court (Federal) ...................... $ 400.00 (PAID)

Dr. Jeffrey L. Soffer MD (2-622 Report).........$ 1,000.00 (19568 / 7.17.12)

Medical Records

Record Copy Service..............$ 396.50 ( 19536 / 7.2.12)

Depositions

McCorkle Court Reporters....................$ 617.50   (PAID)
(Deposition Dr. Singh)

McCorkle Court Reporters....................$ 218.75   (PAID)
(Deposition Dr. Ezirim)

McCorkle Court Reporters....................$ 326.25   (PAID)
(Deposition Dr. Arora)

Lake Shore Reporting ............................$ 183.40   (PAID)
(Deposition Dr. Deon)

Lake Shore Reporting............................$ 546.10 (PAID)
(Deposition of Anita Hardy)

Casamo Court Reporters.........................$ 350.00 (PAID)
(Video Conference Dr. Ezirim)

Casamo Court Reporters.........................$ 313.00 (PAID)
(Court Reporter Dr. Ezirim)

McCorkle Court Reporters....................$ 95.00   (PAID)
(Appearance Fee Dr. Deon)

McCorkle Court Reporters....................$ 254.10   (PAID)
(Deposition Sheila Harmon)

McCorkle Court Reporters...................$ 431.25 (PAID)
(Deposition of Jeanette Mitchell)

Probate Court – Illinois (Minor's Estate to Opened after this Court's Order)

Filing Fee............................229.00
Bond...................................$ 342.00

TOTAL.......................$ 6,575.85 REDUCED TO......$ 6,575.00

and this Court approves these costs and expenses to JOHN C. WUNSCH, P.C., in the amount of **$6,575.00** which expenses are fair and reasonable.

       4. That the lien from Illinois Department of Public Aid is hereby approved in the amount of **$16,000.00.**

       5. That the net distributable amount to the Minor Plaintiff is (**$ 89,425.00**), with **$60,000.00** of this amount being invested in a Structured Settlement as described on **Exhibit A,** and with **$29,425.00** being placed in a money market account or CD, and said account shall be a restricted account and shall indicate No Withdrawals Except upon Order of the Probate Court.

      6.  It is further ordered:

Defendant MOUNT SINAI HOSPITAL MEDICAL CENTER OF CHICAGO will purchase an annuity and/or transfer cash for the purchase of an annuity through Pacific Life Insurance Company at a premium cost of $60,000.00 which will make the following Periodic Payments according to the schedule as follows:

<u>Payee: Trinity Hardy</u>

$25,000.00 per year guaranteed 3 years starting at age 19 on July 3, 2029;
$24,451.18 Guaranteed Payable at Age 25 on July 3, 2035.

      All sums set forth herein constitute damages on account of personal injuries and sickness, within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended.

      During the period of minority the estate of the respective minor shall be the sole beneficiary. At the age of majority, the claimant may designate, in writing her beneficiary.  Neither such designation, nor any revocation thereof, shall be effective unless it is in writing and delivered to Annuity Issuer.  The designation must be in a form acceptable to Annuity Issuer before such payments are made.

      The Defendant may make a "qualified assignment," within the meaning of Section 130(c) of the Internal Revenue Code of 1986, as amended, of the Defendant's liability to make the Periodic Payments set forth above to Pacific Life & Annuity Services, Inc.  The Assignee's obligation for payment of the Periodic Payments shall be no greater than that of Defendant (whether by judgment or agreement) immediately preceding the assignment of the Periodic Payments obligation.

      The Defendant itself or through its Assignee, reserve the right to fund the liability to make the Periodic Payments set forth above through the purchase of an annuity policy from Pacific Life Insurance Company.  The Defendant or the Assignee shall be the sole owner of the annuity policy and shall have all rights of ownership.  The Defendant or the Assignee may have Pacific Life Insurance Company mail payments directly to the Payee(s).  The Plaintiffs shall be responsible for maintaining a current mailing address for Payee(s) with Pacific Life Insurance Company.

      IT IS THEREFORE ORDERED: That this settlement is approved provided that the settlement amount approved herein to this Minor Plaintiff shall be paid only to a guardian appointed

by the Probate Division and this order shall be effective with regard to this Minor only after entry in the Probate Division of an order approving the bond or other security required to administer the settlement and distribution provided for in this order.

     IT IS FURTHER ORDERED that the duly appointed Guardian this Minor is hereby authorized and directed to execute a release settling this case against the Defendants, UNITED STATES OF AMERICA and MOUNT SINAI HOSPITAL MEDICAL CENTER OF CHICAGO, for the sum herein described with each paying their agreed upon portion and to distribute the proceeds in accordance with the provisions of this order after approval of this settlement by the Probate Court.

     IT IS FURTHER ORDERED that this case is dismissed with prejudice and without further cost to the Defendants, UNITED STATES OF AMERICA and MOUNT SINAI HOSPITAL MEDICAL CENTER OF CHICAGO, all claims against these Defendants having been compromised and settled. **This case is now resolved against all Defendants and is hereby dismissed with prejudice pursuant to settlement.**

     IT IS FURTHER ORDERED: This Court shall retain jurisdiction for +purposes of enforcing terms of settlement.

_____
JUDGE

Date: January 28, 2016



**Ringler Associates**
(312) 332-0427
Fax (630) 568-3693

## Individually Designed Settlement for Trinity Hardy

| BENEFIT | COST | GUARANTEED YIELD |
|---|---|---|
| **Trinity Hardy** <br> Female, Date of Birth: 07/03/10 | | |
| **Annual Income** <br> $25,000.00 per year guaranteed 3 years starting at Age 19 on 7/3/2029. | $47,225.00 | $75,000.00 |
| **Lump Sums** <br> $24,451.18 guaranteed, payable at Age 25 on 7/3/2035. | $12,775.00 | $24,451.18 |
| **TOTALS** | $60,000.00 | $99,451.18 |

*Rate Series = PL231 (12/8/2015)*
*Proposal Preparation Date: 1/20/2016*
*Proposal Purchase Date: 3/15/2016*
*This proposal is valid for 7 days from the proposal preparation date.*
*This proposal design is for illustration and planning purposes only, and is not valid or binding until verified with the appropriate life company quoting software.*